# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: FERLING, ALLEN HENRY  § Case No. 14-83676
       FERLING, SHARON LEE    §
                              §
Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 07/29/2015 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 06/25/2015     By: /s/BERNARD J. NATALE
                           Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: FERLING, ALLEN HENRY | § | Case No. 14-83676 |
| FERLING, SHARON LEE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 13,661.28 |
| *and approved disbursements of* | $ 112.17 |
| *leaving a balance on hand of* [1] | $ 13,549.11 |
| **Balance on hand:** | $ 13,549.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,549.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,116.13 | 0.00 | 2,116.13 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 958.75 | 0.00 | 958.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 25.09 | 0.00 | 25.09 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 24.48 | 24.48 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,099.97 |
| Remaining balance: | $ 10,449.14 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | | $ | 0.00 |
| Remaining balance: | | $ | 10,449.14 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,235.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | Illinois Department of Revenue | 1,235.02 | 0.00 | 1,235.02 |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | | $ | 1,235.02 |
| Remaining balance: | | $ | 9,214.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 395,859.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bank of America, N.A. | 4,021.45 | 0.00 | 93.60 |
| 2 | Capital One Bank (USA), N.A. | 1,108.96 | 0.00 | 25.81 |
| 3 | Capital One Bank (USA), N.A. | 1,301.55 | 0.00 | 30.30 |
| 4 | UW Provision Company | 16,886.75 | 0.00 | 393.06 |
| 5 | Capital Recovery V, LLC | 1,154.06 | 0.00 | 26.86 |
| 6 | Allied Business Accounts Inc. | 837.75 | 0.00 | 19.50 |
| 7 | Rockford Bank & Trust | 370,400.84 | 0.00 | 8,621.55 |
| 8U | Illinois Department of Revenue | 147.72 | 0.00 | 3.44 |

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | | $ | 9,214.12 |
| Remaining balance: | | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $         0.00
Remaining balance:  $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $         0.00
Remaining balance:  $         0.00

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                               United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                           Case No. 14-83676-TML
Allen Henry Ferling                                              Chapter 7
Sharon Lee Ferling
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-3          User: lorsmith               Page 1 of 2              Date Rcvd: Jul 06, 2015
                              Form ID: pdf006              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2015.
db/jdb        +Allen Henry Ferling,    Sharon Lee Ferling,    9484 Dickenson Road,    Winnebago, IL 61088-8934
22718818      +1 & 1 Internet Inc.,    701 Lee Road,    Chesterbrook, PA 19087-5612
23143790       Allied Business Accounts Inc.,    POB 1600,    Clinton, IA 52733-1600
22718819      +Attorney Dan Fishburn,    8 E. Stephenson Street,    Freeport, IL 61032-4236
22718820       Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
22845111      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
22718821      +Beggin Tipp Lamm,   524 W. Stephenson Street,    Suite 200,    Freeport, IL 61032-5003
22718822      +Burritt Meats & Catering,    122 S. Jackson Road,    Pecatonica, IL 61063-9338
22718823      +Bush Bros,   1111 W. Eads,    Urbana, IL 61801-1359
22718824      +Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
22886022       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
22718827      +Card Services,    PO Box 71105,    Charlotte, NC 28272-1105
22718828       Creditor Services,    PO Box 4,    Clinton, IA 52733-0004
22718829      +Direct Merchants Bank,    Payment Center,    PO Box 71105,    Charlotte, NC 28272-1105
22718830      +Fifth Third Bank,    PO Box 997548,    Sacramento, CA 95899-7548
22718831      +G & K Services,    7813 Solution Center,    Chicago, IL 60677-0001
22718832       GFS - Payment Process,    Dept. CH 10490,    Arlington Heights, IL 60005
22718833     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    PO Box 19035,
                Springfield, IL 62794-9035)
23369292       Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
22718835      +Lease Finance Group,    65 East Wacker Place,    Suite 510,    Chicago, IL 60601-7255
22718837      +McCloud/A.R.M. Solutions,    PO Box 2929,    Camarillo, CA 93011-2929
22718838      +Murphy Desmond S.C.,    Attn: Attorney Vernon J. Jesse,    33 East Main Street, Ste 500,
                Madison, WI 53703-2287
22718839      +NIEA,   2605 Pecatonica Road,    Pecatonica, IL 61063-9254
22718840      +Regez Supply,    PO Box 312,    Monroe, WI 53566-0312
22718841      +Reinhart Food Service,    PO Box 395,    Oak Creek, WI 53154-0395
22718842      +Rockford Bank & Trust,    4571 Guilford Road,    Rockford, IL 61107-2228
22718844       Rockford Health Systems,    Dept. 4701,    Carol Stream, IL 60122-4701
22718845      +Sanimax LLC,    39379 Treasury Center,    Chicago, IL 60694-9300
22718847      +U W Provision Co.,    PO Box 620038,    Middleton, WI 53562-0038
22900459      +UW Provision Company,    2315 Pheasant View Road,    Middleton, WI 53562-5524
22900912       UW Provision Company,    Murphy Desmond SC,    C/O Atty Vern Jesse,    POB 2038,
                Madison, WI 53701-2038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23111231       E-mail/PDF: rmscedi@recoverycorp.com Jul 07 2015 01:21:11     Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22718834       E-mail/Text: cio.bncmail@irs.gov Jul 07 2015 01:24:33     Internal Revenue Service,
                PO Box 21126,   Philadelphia, PA 19114-0326
22718846       E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2015 01:21:19     Synchrony Bank,    PO Box 960061,
                Orlando, FL 32896-0061
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22718826       Card Member Services,    PO Box 790408,    MO 63719
22900548*     +Allen Henry Ferling,    9484 Dickenson Road,    Winnebago, IL 61088-8934
22718825*      Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
22718836*     +Lease Finance Group LLC,    65 East Wacker Place,    Suite 510,    Chicago, IL 60601-7255
22718843*     +Rockford Bank and Trust,    4571 Guilford Road,    Rockford, IL 61107-2228
22900549*     +Sharon Lee Ferling,    9484 Dickenson Road,    Winnebago,IL 61088-8934
                                                                                   TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2015                                Signature:  /s/Joseph Speetjens

```
District/off: 0752-3            User: lorsmith              Page 2 of 2                  Date Rcvd: Jul 06, 2015
                                Form ID: pdf006             Total Noticed: 34
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2015 at the address(es) listed below:
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Brian  Thill    on behalf of Creditor   UW Provision Company, Inc. bthill@murphydesmond.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Tiffany  Rodriguez    on behalf of Joint Debtor Sharon Lee Ferling trodriguez@bslbv.com
              Tiffany  Rodriguez    on behalf of Debtor Allen Henry Ferling trodriguez@bslbv.com
                                                                                          TOTAL: 7
```