# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: FERLING, ALLEN HENRY § Case No. 14-83676-LMT
      FERLING, SHARON LEE § 
  §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $45,293.86 *(without deducting any secured claims)* | Assets Exempt: $11,158.12 |
| Total Distribution to Claimants: $10,968.89 | Claims Discharged Without Payment: $425,712.64 |
| Total Expenses of Administration: $2,692.39 | |

    3) Total gross receipts of $ 13,661.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,661.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $40,491.88 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,212.14 | 2,692.39 | 2,692.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 8,908.11 | 1,235.02 | 1,235.02 | 1,235.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 243,767.62 | 395,859.08 | 395,859.08 | 9,733.87 |
| **TOTAL DISBURSEMENTS** | $293,167.61 | $400,306.24 | $399,786.49 | $13,661.28 |

4) This case was originally filed under Chapter 7 on December 10, 2014. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/16/2015          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Flatbed Trailer (19,998 miles) | 1129-000 | 400.00 |
| Proceeds from sale of 10046 Dickenson Road. Proc | 1129-000 | 13,261.28 |
| **TOTAL GROSS RECEIPTS** | | **$13,661.28** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Fifth Third Bank | 4110-000 | 40,491.88 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$40,491.88** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 25.09 | 25.09 | 25.09 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 958.75 | 439.00 | 439.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 24.48 | 24.48 | 24.48 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 2,116.13 | 2,116.13 | 2,116.13 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 18.32 | 18.32 | 18.32 |
| Rabobank, N.A. | 2600-000 | N/A | 20.91 | 20.91 | 20.91 |
| Rabobank, N.A. | 2600-000 | N/A | 19.57 | 19.57 | 19.57 |
| Rabobank, N.A. | 2600-000 | N/A | 18.89 | 18.89 | 18.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,212.14 | $2,692.39 | $2,692.39 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | Illinois Department of Revenue | 5800-000 | 3,033.31 | 1,235.02 | 1,235.02 | 1,235.02 |
| NOTFILED | Internal Revenue Service | 5200-000 | 5,874.80 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $8,908.11 | $1,235.02 | $1,235.02 | $1,235.02 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bank of America, N.A. | 7100-000 | 5,002.48 | 4,021.45 | 4,021.45 | 98.89 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 881.02 | 1,108.96 | 1,108.96 | 27.27 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 1,145.51 | 1,301.55 | 1,301.55 | 32.00 |
| 4 | UW Provision Company | 7100-000 | 14,398.00 | 16,886.75 | 16,886.75 | 415.23 |
| 5 | Capital Recovery V, LLC | 7100-000 | N/A | 1,154.06 | 1,154.06 | 28.38 |
| 6 | Allied Business Accounts Inc. | 7100-000 | 837.75 | 837.75 | 837.75 | 20.60 |
| 7 | Rockford Bank & Trust | 7100-000 | 187,790.23 | 370,400.84 | 370,400.84 | 9,107.87 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8U | Illinois Department of Revenue | 7100-000 | N/A | 147.72 | 147.72 | 3.63 |
| NOTFILED | GFS - Payment Process | 7100-000 | 5,976.41 | N/A | N/A | 0.00 |
| NOTFILED | G & K Services | 7100-000 | 386.23 | N/A | N/A | 0.00 |
| NOTFILED | Direct Merchants Bank Payment Center | 7100-000 | 5,551.96 | N/A | N/A | 0.00 |
| NOTFILED | Lease Finance Group LLC | 7100-000 | 154.84 | N/A | N/A | 0.00 |
| NOTFILED | Sanimax LLC | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank | 7100-000 | 1,004.69 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Systems | 7100-000 | 90.90 | N/A | N/A | 0.00 |
| NOTFILED | Regez Supply | 7100-000 | 821.15 | N/A | N/A | 0.00 |
| NOTFILED | Reinhart Food Service | 7100-000 | 10,999.95 | N/A | N/A | 0.00 |
| NOTFILED | McCloud/A.R.M. Solutions | 7100-000 | 171.00 | N/A | N/A | 0.00 |
| NOTFILED | NIEA | 7100-000 | 950.00 | N/A | N/A | 0.00 |
| NOTFILED | Card Services | 7100-000 | 2,211.12 | N/A | N/A | 0.00 |
| NOTFILED | 1 & 1 Internet Inc. | 7100-000 | 59.97 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 3,835.74 | N/A | N/A | 0.00 |
| NOTFILED | Bush Bros | 7100-000 | 97.67 | N/A | N/A | 0.00 |
| NOTFILED | Attorney Dan Fishburn | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Card Member Services | 7100-000 | 341.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $243,767.62 | $395,859.08 | $395,859.08 | $9,733.87 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-83676-LMT  
**Case Name:** FERLING, ALLEN HENRY  
FERLING, SHARON LEE  
**Period Ending:** 09/16/15

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 12/10/14 (f)  
**§341(a) Meeting Date:** 01/08/15  
**Claims Bar Date:** 04/15/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account - German American Bank | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Savings Account - German American Bank | 217.86 | 0.00 | | 0.00 | FA |
| 3 | 1 Bedroom set, kitchen table, recliners, 2 TVs, | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Marccrest ceramic sets | 50.00 | 50.00 | | 0.00 | FA |
| 5 | Sterling silverware set | 50.00 | 50.00 | | 0.00 | FA |
| 6 | Standard wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Diamond necklace | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding bands | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Country Mutual (no cash surrender value) | 1.00 | 1.00 | | 0.00 | FA |
| 10 | Burritt Meat Products & Catering, Inc. (Husband | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Jewel 1107, LLC (Husand and Wife own a total of | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 2013 F 150 Pickup Truck | 43,000.00 | 0.00 | | 0.00 | FA |
| 13 | Flatbed Trailer (19,998 miles) | 400.00 | 0.00 | | 400.00 | FA |
| 14 | Printer | 25.00 | 0.00 | | 0.00 | FA |
| 15 | Proceeds from sale of 10046 Dickenson Road. Proc | 18,444.29 | 12,387.15 | | 13,261.28 | FA |
| 16 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16 | Assets   Totals (Excluding unknown values) | $64,138.15 | $12,488.15 | | $13,661.28 | $0.00 |

**Major Activities Affecting Case Closing:**

ASSETS RECOVERED.  CLAIMS BAR DATE TO EXPIRE PRIOR TO CLAIMS EXAMINATION AND FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):**   September 1, 2015   **Current Projected Date Of Final Report (TFR):**   June 25, 2015  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 14-83676-LMT  
**Case Name:** FERLING, ALLEN HENRY  
FERLING, SHARON LEE  
**Taxpayer ID #:** **-***3494  
**Period Ending:** 09/16/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/27/15 | | Allen and Sharon Ferling | | | | 13,661.28 | | 13,661.28 |
| | {15} | | | 13,261.28 | 1129-000 | | | 13,661.28 |
| | {13} | | | 400.00 | 1129-000 | | | 13,661.28 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 13,651.28 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.32 | 13,632.96 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 20.91 | 13,612.05 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 19.57 | 13,592.48 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.89 | 13,573.59 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-83676, BOND #016018067<br>Voided on 06/08/15 | | 2300-003 | | 23.08 | 13,550.51 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-83676, BOND #016018067<br>Voided: check issued on 06/08/15 | | 2300-003 | | -23.08 | 13,573.59 |
| 06/08/15 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-83676, BOND #016018067 | | 2300-000 | | 24.48 | 13,549.11 |
| 08/05/15 | 103 | BERNARD J. NATALE | Dividend paid 100.00% on $2,116.13, Trustee Compensation; Reference: | | 2100-000 | | 2,116.13 | 11,432.98 |
| 08/05/15 | 104 | Bank of America, N.A. | Distribution paid 2.45% on $4,021.45; Claim# 1; Filed: $4,021.45; Reference: 7624 | | 7100-000 | | 98.89 | 11,334.09 |
| 08/05/15 | 105 | UW Provision Company | Distribution paid 2.45% on $16,886.75; Claim# 4; Filed: $16,886.75; Reference: | | 7100-000 | | 415.23 | 10,918.86 |
| 08/05/15 | 106 | Capital Recovery V, LLC | Distribution paid 2.45% on $1,154.06; Claim# 5; Filed: $1,154.06; Reference: 8191/CARECREDIT | | 7100-000 | | 28.38 | 10,890.48 |
| 08/05/15 | 107 | Allied Business Accounts Inc. | Distribution paid 2.45% on $837.75; Claim# 6; Filed: $837.75; Reference: 484/337 | | 7100-000 | | 20.60 | 10,869.88 |
| 08/05/15 | 108 | Rockford Bank & Trust | Distribution paid 2.45% on $370,400.84; Claim# 7; Filed: $370,400.84; Reference: | | 7100-000 | | 9,107.87 | 1,762.01 |
| 08/05/15 | 109 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | | 464.09 | 1,297.92 |
| | | | Dividend paid 100.00% on $439.00; Claim# ATTY; Filed: $958.75; Reference: 011315-012215 | 439.00 | 3110-000 | | | 1,297.92 |
| | | | Dividend paid 100.00% | 25.09 | 3120-000 | | | 1,297.92 |
| | | | | Subtotals : | | $13,661.28 | $12,363.36 | |

{} Asset reference(s)     Printed: 09/16/2015 12:29 PM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-83676-LMT  
**Case Name:** FERLING, ALLEN HENRY  
FERLING, SHARON LEE  
**Taxpayer ID #:** **-***3494  
**Period Ending:** 09/16/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $25.09; Claim# EXP;<br>Filed: $25.09 | | | | |
| 08/05/15 | 110 | Capital One Bank (USA), N.A. | Combined Check for Claims#2,3 | | | 59.27 | 1,238.65 |
| | | | Dividend paid 2.45% on 27.27<br>$1,108.96; Claim# 2;<br>Filed: $1,108.96;<br>Reference: 3992/4735 | 7100-000 | | | 1,238.65 |
| | | | Dividend paid 2.45% on 32.00<br>$1,301.55; Claim# 3;<br>Filed: $1,301.55;<br>Reference: 3744/6972 | 7100-000 | | | 1,238.65 |
| 08/05/15 | 111 | Illinois Department of Revenue | Combined Check for Claims#8U,8P | | | 1,238.65 | 0.00 |
| | | | Dividend paid 2.45% on 3.63<br>$147.72; Claim# 8U;<br>Filed: $147.72;<br>Reference: 1256 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 1,235.02<br>on $1,235.02; Claim#<br>8P; Filed: $1,235.02;<br>Reference: 1256 | 5800-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,661.28 | 13,661.28 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,661.28 | 13,661.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,661.28** | **$13,661.28** | |

Net Receipts : 13,661.28  
Net Estate : $13,661.28  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ********66 | 13,661.28 | 13,661.28 | 0.00 |
| | $13,661.28 | $13,661.28 | $0.00 |

{} Asset reference(s)